**Order entered July 2, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01670-CV

### D&J REAL ESTATE SERVICES, INC. D/B/A RE/MAX PREMIER GROUP AND STELLA BITNER, Appellants

### V.

### GREG L. PERKINS AND JESSICA J. PERKINS, Appellees

**On Appeal from the 429th Judicial District Court
Collin County, Texas
Trial Court Cause No. 429-00559-2011**

## ORDER

Appellees' motion for rehearing is **DENIED**.

/s/     DAVID L. BRIDGES
        JUSTICE